IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-194-FL-2

UNITED STATES OF AMERICA  )
           )
v.        )
           )  ORDER TO SEAL
JORDON DONOVAN BODRICK, )
           )
Defendant.   )

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Defendant's Motion for Downward Departure and Variance and Incorporated Memorandum of Law, Docket Entry Number 116, filed on February 12, 2020, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Downward Departure and Variance and Incorporated Memorandum of Law, Docket Entry Number 116, be sealed.

This  12th  day of February, 2020.

_____
THE HONORABLE LOUISE W. FLANAGAN
United States District Judge